UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Holding a Criminal Term

Grand Jury Sworn in on September 30, 2004

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | CRIMINAL NO. |
| v. | : | GRAND JURY ORIGINAL |
| **THURMAN SIMPSON,** | : | VIOLATIONS: 21 U.S.C. §841(a)(1) |
| **KAREN M. PERRY,** | : | and §841(b)(1)(B)(iii) |
| **Defendants.** | : | (Unlawful Possession with Intent to Distribute |
| | : | 5 Grams or More of Cocaine Base); |
| | : | 21 U.S.C. §860(a) |
| | : | (Unlawful Possession With Intent to Distribute |
| | : | Cocaine Base Within 1000 Feet of a School); |
| | : | 21 U.S.C. §841(a)(1) and §841(b)(1)(C) |
| | : | (Unlawful Possession With Intent to Distribute |
| | : | Heroin); |
| | : | 21 U.S.C. §860(a) |
| | : | (Unlawful Possession With Intent to Distribute |
| | : | Heroin Within 1000 Feet of a School); |
| | : | 18 U.S.C. §924(c)(1) |
| | : | (Using, Carrying and Possessing a Firearm |
| | : | During a Drug Trafficking Offense); |
| | : | 18 U.S.C. §922(g)(1) |
| | : | (Unlawful Possession of a Firearm and |
| | : | Ammunition by a Person Convicted of a Crime |
| | : | Punishable by Imprisonment for a Term |
| | : | Exceeding One Year); |
| | : | 21 U.S.C. §844(a) |
| | : | (Simple Possession of a Controlled Substance) |

## I N D I C T M E N T

The Grand Jury charges that:

### COUNT ONE

On or about February 18, 2005, within the District of Columbia, **THURMAN SIMPSON** **and KAREN M. PERRY**, did unlawfully, knowingly and intentionally possess with intent to distribute a mixture and substance containing a detectable amount of cocaine base, also known as

crack, a Schedule II narcotic drug controlled substance, and the amount of said mixture and substance was 5 grams or more.

(**Unlawful Possession with Intent to Distribute 5 Grams or More of Cocaine Base**, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B)(iii))

### COUNT TWO

On or about February 18, 2005, within the District of Columbia, **THURMAN SIMPSON and KAREN M. PERRY**, did unlawfully, knowingly and intentionally possess with intent to distribute a mixture and substance containing a detectable amount of cocaine base, also known as crack, a Schedule II narcotic drug controlled substance, and the amount of said mixture and substance was 5 grams or more, in violation of Title 21, United States Code, Section 841(a)(1), within one thousand feet of the real property comprising Birney Elementary School, a public elementary school in the District of Columbia.

(**Unlawful Possession With Intent to Distribute Cocaine Base Within 1000 Feet of a School**, in violation of Title 21, United States Code, Section 860(a))

### COUNT THREE

On or about February 18, 2005, within the District of Columbia, **THURMAN SIMPSON and KAREN M. PERRY**, did unlawfully, knowingly and intentionally possess with intent to distribute a mixture and substance containing a detectable amount of heroin, a Schedule I narcotic drug controlled substance.

(**Unlawful Possession with Intent to Distribute Heroin**, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C))

### COUNT FOUR

On or about February 18, 2005, within the District of Columbia, **THURMAN SIMPSON and KAREN M. PERRY**, did unlawfully, knowingly and intentionally possess with intent to

distribute a mixture and substance containing a detectable amount of heroin, a Schedule I narcotic drug controlled substance, and the amount of said mixture and substance was 5 grams or more, in violation of Title 21, United States Code, Section 841(a)(1), within one thousand feet of the real property comprising Birney Elementary School, a public elementary school in the District of Columbia.

**(Unlawful Possession With Intent to Distribute Heroin Within 1000 Feet of a School**, in violation of Title 21, United States Code, Section 860(a))

### COUNT FIVE

On or about February 18, 2005, within the District of Columbia, **THURMAN SIMPSON and KAREN M. PERRY**, did unlawfully and knowingly use, and carry during and in relation to, and possess in furtherance of, a drug trafficking offense, for which he may be prosecuted in a court of the United States, that is Count One and Three of this Indictment which is incorporated herein, a firearm, that is, a Star .40 caliber semi-automatic pistol.

**(Using, Carrying and Possessing a Firearm During a Drug Trafficking Offense**, in violation of Title 18, United States Code, Sections 924(c)(1))

### COUNT SIX

On or about February 18, 2005, within the District of Columbia, **THURMAN SIMPSON**, having been convicted of a crime punishable by imprisonment for a term exceeding one year, in D.C. Superior Court Criminal Case No. F6110-91, did unlawfully and knowingly receive and possess a firearm, that is, a Star .40 caliber semi-automatic pistol, and did unlawfully and knowingly receive and possess ammunition, that is, .40 caliber ammunition, which had been possessed, shipped and transported in and affecting interstate and foreign commerce.

**(Unlawful Possession of a Firearm and Ammunition by a Person Convicted of Crime Punishable by Imprisonment for a Term Exceeding One Year**, in violation of Title 18, United States Code, Section 922(g)(1))

## COUNT SEVEN

On or about February 18, 2005, within the District of Columbia, **KAREN M. PERRY**, having been convicted of a crime punishable by imprisonment for a term exceeding one year, in Fairfax County, Virginia, Criminal Case No. GC04004652-00 and GC03103875-00, did unlawfully and knowingly receive and possess a firearm, that is, a Star .40 caliber semi-automatic pistol, and did unlawfully and knowingly receive and possess ammunition, that is, .40 caliber ammunition, which had been possessed, shipped and transported in and affecting interstate and foreign commerce.

(**Unlawful Possession of a Firearm and Ammunition by a Person Convicted of Crime Punishable by Imprisonment for a Term Exceeding One Year**, in violation of Title 18, United States Code, Section 922(g)(1))

## COUNT EIGHT

On or about February 18, 2005, within the District of Columbia, **THURMAN SIMPSON and KAREN M. PERRY**, did unlawfully, knowingly and intentionally possess a mixture and substance containing a detectable amount of cannabis, also known as marijuana, a Schedule I controlled substance.

(**Simple Possession of a Controlled Substance**, in violation of Title 21, United States Code, Section 844(a))

## COUNT NINE

On or about March 30, 2005, within the District of Columbia, **THURMAN SIMPSON and KAREN M. PERRY**, did unlawfully, knowingly and intentionally possess with intent to distribute a mixture and substance containing a detectable amount of cocaine base, also known as crack, a Schedule II narcotic drug controlled substance.

(**Unlawful Possession with Intent to Distribute Cocaine Base**, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C))

## COUNT TEN

On or about March 30, 2005, within the District of Columbia, **THURMAN SIMPSON and KAREN M. PERRY**, did unlawfully, knowingly and intentionally possess with intent to distribute a mixture and substance containing a detectable amount of cocaine base, also known as crack, a Schedule II narcotic drug controlled substance, in violation of Title 21, United States Code, Section 841(a)(1), within one thousand feet of the real property comprising Birney Elementary School, a public elementary school in the District of Columbia.

   (**Unlawful Possession With Intent to Distribute Cocaine Base Within 1000 Feet of a School**, in violation of Title 21, United States Code, Section 860(a))

## COUNT ELEVEN

On or about March 30, 2005, within the District of Columbia, **THURMAN SIMPSON and KAREN M. PERRY**, did unlawfully, knowingly and intentionally possess with intent to distribute a mixture and substance containing a detectable amount of heroin, a Schedule I narcotic drug controlled substance.

   (**Unlawful Possession with Intent to Distribute Heroin**, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C))

## COUNT TWELVE

On or about March 30, 2005, within the District of Columbia, **THURMAN SIMPSON and KAREN M. PERRY**, did unlawfully, knowingly and intentionally possess with intent to distribute a mixture and substance containing a detectable amount of heroin, a Schedule I narcotic drug controlled substance, in violation of Title 21, United States Code, Section 841(a)(1), within one thousand feet of the real property comprising Birney Elementary School, a public elementary school in the District of Columbia.

   (**Unlawful Possession With Intent to Distribute Heroin Within 1000 Feet of a School**, in violation of Title 21, United States Code, Section 860(a))

## COUNT THIRTEEN

On or about March 30, 2005, within the District of Columbia, **THURMAN SIMPSON and KAREN M. PERRY**, did unlawfully, knowingly and intentionally possess a mixture and substance containing a detectable amount of oxycodone, a Schedule II narcotic drug controlled substance.

(**Simple Possession of a Controlled Substance**, in violation of Title 21, United States Code, Section 844(a))

A TRUE BILL:

FOREPERSON.

Attorney of the United States in
and for the District of Columbia.