## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL NO.  05-203 (PLF)** |
| | : | |
| v | : | |
| | : | |
| **THURMAN SIMPSON and** | : | |
| **KAREN PERRY** | : | |

### NOTICE OF ASSIGNMENT AND APPEARANCE

The United States of America by and through its attorney, the United States Attorney for

the District of Columbia, informs the Court that the above-captioned matter is assigned to

Assistant United States Attorney Catherine K. Connelly at telephone number (202)616-3384

and/or email address:  Catherine.Connelly2@usdoj.gov.    This is also notice of her appearance in

this matter on behalf of the United States.

Respectfully submitted,

KENNETH L. WAINSTEIN.
United States Attorney
Bar No. 451058

_____
Catherine K. Connelly
Assistant United States Attorney
Narcotics Section, Mass.  Bar No. 649430
555 4th Street, N.W.  #4844
Washington, DC 20001
(202)616-3384; Fax: 353-9414

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I caused a copy of the foregoing to be served upon counsel for
defendant Simpson, Tony Miles, and counsel fo defendant Thurman, James Beane, this 13th day of
June, 2005.

_____
Catherine Connelly
Assistant United States Attorney