UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO.  05-203-01 (PLF) |
| | : | |
| v. | : | |
| | : | |
| THURMAN SIMPSON | : | |

INFORMATION TO ESTABLISH PRIOR
CONVICTION FOR  FELONY DRUG OFFENSE

The United States of America, by and through its attorney, the United States Attorney for

the District of Columbia, pursuant to 21 U.S.C. § 851, respectfully files this information to

establish that the defendant, **THURMAN SIMPSON**, has the following prior conviction  for a

felony drug offense:

**Attempted Distribution of Cocaine**
**Case No. F-6110-91**
**D.C. Sup. Ct.**
**Date: 8/19/92**

Accordingly, in the pending case, the defendant is subject to a **10-year mandatory**

**minimum** sentence upon conviction pursuant to 21 U.S.C. § 841(b)(1)(B), which provides: "If

any person commits such a violation after a prior conviction for a felony drug offense has

become final, such person shall be sentenced to a term of imprisonment which may not be less

1

than 10 years...”

Respectfully submitted,

KENNETH L. WAINSTEIN.
United States Attorney
Bar No. 451058

_____

Catherine K. Connelly
Assistant United States Attorney
Narcotics Section, Mass.  Bar No. 649430
555 4th Street, N.W.  #4844
Washington, DC 20001
Phone: 616-3384
Fax: 353-9414

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I caused a copy of the foregoing to be served upon the attorney for the defendant, Tony Miles, this 14th day of June, 2005.

_____

Catherine Connelly
Assistant United States Attorney