UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| v. | : | **Criminal No. 05-203-01 (PLF)** |
| | : | |
| **THURMAN SIMPSON** | : | |
| | : | |

**ORDER**

_____Upon consideration of defendant's Motion to Suppress, it is hereby

**ORDERED** that defendant's motion is **GRANTED**; and it is

**FURTHER ORDERED** that all evidence seized in connection with case shall be suppressed.

**SO ORDERED**.

_____
THE HONORABLE PAUL L. FRIEDMAN
UNITED STATES DISTRICT JUDGE

DATE:

Copies to:
AFPD Tony W. Miles
AUSA Catherine Connelly