# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| : | |
| **v.** : | **Criminal No. 05-203-01 (PLF)** |
| : | |
| **THURMAN SIMPSON** : | |
| : | |

## ORDER

      Upon consideration of defendant's Motion to Suppress Statements, it is hereby

**ORDERED** that defendant's motion is **GRANTED**; and it is

      **FURTHER ORDERED** that any statements made by Mr. Simpson shall be suppressed.

      **SO ORDERED**.

_____
THE HONORABLE PAUL L. FRIEDMAN
UNITED STATES DISTRICT JUDGE

DATE:

Copies to:
AFPD Tony W. Miles
AUSA Catherine Connelly