UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL NO. 05-203 (PLF)** |
| | : | |
| v | : | |
| | : | |
| **THURMAN SIMPSON and** | : | |
| **KAREN PERRY** | : | |

### PARTIES' JOINT MOTION TO CONTINUE MOTIONS HEARING

The United States, by and through its attorney, the United States Attorney for the District of Columbia, and defense attorneys for both parties respectfully request that this Court continue the motions hearing scheduled in the above captioned case. As grounds for this motion the parties state as follows:

1. The defendants have been charged in a thirteen-count indictment with various weapons and narcotics offenses.

2. A motions hearing is currently scheduled for August 8, 2005.

3. The parties are in the midst of plea negotiations, and expect that they will be able to resolve these matters short of trial. As such, the parties request that the August 8, 2005 motions hearing be continued to allow additional time to explore possible dispositions of these cases.

Respectfully submitted,

_____         _____         _____
Catherine K. Connelly                   James Beane                              Tony Miles
Assistant United States Attorney    Attorney for Karen Perry         Attorney for Thurman Simpson