UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO. 05-203 (PLF) |
| | : | |
| v | : | |
| | : | |
| THURMAN SIMPSON and<br>KAREN PERRY | : | |
| | : | |

### ORDER

WHEREUPON, having considered the Parties' Joint Motion to Continue, and the record herein, it is this _____ day of _____, 2005, hereby

ORDERED, that the Motion is hereby GRANTED, and the motions hearing is continued until _____, 2005.

Date:_____                    _____
                                           Paul L. Friedman
                                           United States District Judge

cc:

Catherine K. Connelly
U.S. Attorney's Office
555 4th Street, N.W.
Washington, D.C. 20530

James Beane
6729 Hopewell Avenue
Springfield, VA 22151

Tony Miles
Federal Public Defender's Office
625 Indiana Avenue, NW
Washington, D.C. 20004