UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO.  05-203-01 (PLF) |
| | : | |
| v. | : | |
| | : | |
| THURMAN SIMPSON | : | |
| | : | |
| **Defendant** | | |

### GOVERNMENT'S MOTION FOR LEAVE TO LATE FILE GOVERNMENT'S OMNIBUS RESPONSE TO DEFENDANT'S MOTIONS

The United States, by and through its attorney, the United States Attorney for the District of Columbia, respectfully respectfully moves this Court to permit the late filing of the Government's Omnibus Response to Defendant's Motions.  In support of this motion, the government submits the following:

1.   On July 18, 2005, defendant filed a Motion to Suppress, a Motion to Suppress Statements, and a Motion to Suppress Evidence.

2.   The parties in this matter were involved in active plea negotiations throughout the summer.  However, the defendant was attending a residential drug treatment program, so defense counsel was unable to discuss the plea offer with him.  As such, defense counsel requested that the offer remain open for an extended period of time.  On Friday, September 2, 2005, the undersigned learnd that the defendant had rejected the plea offer.

3.   A telephonic message was left for defense counsel on September 7, 2005, regarding this motion.  His position on the motion is unknown at this time.

4.   The government's response contains no new factual information, and thus the defendant will not be prejudiced by the late filing of this submission.

WHEREFORE, for the reasons stated above, the United States respectfully requests that the government's motion to late file be granted.

> KENNETH L. WAINSTEIN
> United States Attorney
> Bar No. 451058
>
> _____
> Catherine K. Connelly
> Assistant United States Attorney
> Narcotics Section, Mass.  Bar No. 649430
> 555 4th Street, N.W.  #4844
> Washington, DC 20001
> Phone: 616-3384; Fax: 353-9414

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I caused a copy of the foregoing to be served upon the attorney for the defendant, Tony Miles, Esquire, this 7th day of September, 2005.

> _____
> Catherine Connelly
> Assistant United States Attorney