UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>v.          )<br>)<br>THURMAN SIMPSON and )<br>KAREN PERRY, )<br>)<br>Defendants. ) | Criminal No. 05-0203 (PLF) |

ORDER

This matter came before the Court for a status conference. The defendants were present, as was Assistant United States Attorney Catherine Connelly and Tony Miles, counsel for Mr. Simpson. Mr. Miles stood in for James Beane, counsel for defendant Karen Perry. It was agreed that the matter would be scheduled for September 30, 2005 at 9:30 a.m. for a status conference and/or a plea or pleas. If there is not a plea or pleas in this case, the matter will promptly thereafter be set for a motions hearing. Inasmuch as counsel for defendant Perry has not yet filed any motions, it is hereby

ORDERED that any and all motions that Mr. Beane intends to file must be filed on or before September 23, 2005 or the right to file motions shall thereby be waived, inasmuch as he is out of time and has missed several deadlines set by the Court.

SO ORDERED.

DATE: September 12, 2005

/s/_____
PAUL L. FRIEDMAN
United States District Judge