**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | **:** | |
| | **:** | |
| **Plaintiff,** | **:** | |
| **v.** | **:** | **Criminal No.  05-203-01 (PLF)** |
| | **:** | |
| **THURMAN SIMPSON,** | **:** | |
| | **:** | |
| **Defendant** | **:** | |
| | **:** | |

**ORDER**

Upon consideration of Defendant Thurman Simpson's Motion to Compel Discovery and

Disclosure of Information About Confidential Informant, it is this

_____  day of _____, 2005 hereby

**ORDERED** that defendant Simpson's motion is granted; it is further

**ORDERED** that the government shall immediately produce to counsel for Mr. Simpson

all information within the government's possession regarding everyone's ties to 2714 Wade

Road, Apartment 103, S.E., Washington, D.C. between November of 2004 and April of 2005; it

is further

**ORDERED** that the government shall immediately produce to counsel for Mr. Simpson

all information within the government's possession concerning any illegal activities of any

people other than Mr. Simspon which relates to the residence at 2714 Wade Road, Apartment

103, S.E., Washington, D.C. between November of 2004 and April of 2005; it is further

**ORDERED** that the government must provide to Mr. Simpson's counsel all background

criminal history and prior bad acts information within the government's possession relating to all

individuals with ties to 2714 Wade Road, Apartment 103, S.E., Washington, D.C. from

November of 2004 to April of 2005; and it is further

      **ORDERED** that the government shall immediately produce to counsel for Mr. Simpson

all information concerning any statements made by the confidential informant(s) in this case, all

information concerning the role any such informant(s) played in this case, and all information

concerning the identity and whereabouts of all informants associated with the instant case.

 

                                   _____

                                   The Honorable Paul L. Friedman
                                   United States District Court Judge

Copies to:

Tony Miles
Assistant Federal Public Defender
625 Indiana Ave., N.W., Ste. 550
Washington, D.C. 20004

Catherine Connelly
Assistant United States Attorney
555 4th St., N.W.
Washington, D.C. 20530