UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
Criminal Division

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Cr. No. 05-203-01 (PLF) |
| | ) | |
| THURMAN SIMPSON | ) | |
| | ) | |

**O R D E R**

Upon consideration of Thurman Simpson's Motion to Sever Defendants, the government's opposition thereto, any response by co-counsel on behalf of Karen M. Perry, and the entire record in this case, IT IS HEREBY ORDERED that defendant Simpson's Motion to Sever Defendants is **GRANTED**.

IT IS SO ORDERED.

THE HONORABLE PAUL L. FRIEDMAN
UNITED STATES DISTRICT JUDGE

DATE:

Copies to:
AFPD Tony W. Miles
James Beane, Esq.
AUSA Catherine Connelly