UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
Criminal Division

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Cr. No. 05-203-01 (PLF) |
| ) | |
| THURMAN SIMPSON_____ ) | |
| ) | |

### REQUEST FOR BILL OF PARTICULARS

Pursuant to Fed. R. Crim. P. 7(f) and the Fifth and Sixth Amendments of the U.S. Constitution, counsel for the defendant moves the Court for an order compelling the government to file a bill of particulars setting forth the following information.

**Count I:**

Identify precisely from where within the apartment located at 2714 Wade Road, S.E., Apartment 103, Washington, D.C. the government alleges that the five grams or more of cocaine base related to this Count was recovered and provide information concerning the weight of the substance at issue in Count I.

**Count II:**

Identify precisely from where within the apartment located at 2714 Wade Road, S.E., Apartment 103, Washington, D.C. the government alleges that the five grams or more of cocaine base related to this Count was recovered and provide information concerning the weight of the substance at issue in Count II.

**Count III:**

Identify precisely from where within the apartment located at 2714 Wade Road, S.E., Apartment 103, Washington, D.C. the government alleges that the heroin related to this Count was recovered and provide information concerning the weight of the substance at issue in Count III.

**Count IV:**

Identify precisely from where within the apartment located at 2714 Wade Road,

S.E., Apartment 103, Washington, D.C. the government alleges that the five grams or more of cocaine base related to this Count was recovered and provide information concerning the weight of the substance at issue in Count IV.

### Count VIII:

Identify precisely from where within the apartment located at 2714 Wade Road, S.E., Apartment 103, Washington, D.C. the government alleges that the cannabis related to this Count was recovered and provide information concerning the weight of the substance at issue in Count VIII.

### Count IX:

Identify precisely from where within the apartment located at 2714 Wade Road, S.E., Apartment 103, Washington, D.C. the government alleges that the cocaine base related to this Count was recovered and provide information concerning the weight of the substance at issue in Count IX.

### Count X:

Identify precisely from where within the apartment located at 2714 Wade Road, S.E., Apartment 103, Washington, D.C. the government alleges that the cocaine base related to this Count was recovered and provide information concerning the weight of the substance at issue in Count X.

### Count XI:

Identify precisely from where within the apartment located at 2714 Wade Road, S.E., Apartment 103, Washington, D.C. the government alleges that the heroin related to this Count was recovered and provide information concerning the weight of the substance at issue in Count XI.

### Count XII:

Identify precisely from where within the apartment located at 2714 Wade Road, S.E., Apartment 103, Washington, D.C. the government alleges that the heroin related to this Count was recovered and provide information concerning the weight of the substance at issue in Count XII.

### Count XIII:

Identify precisely from where within the apartment located at 2714 Wade Road, S.E., Apartment 103, Washington, D.C. the government alleges that the

oxycodone related to this Count was recovered and provide information concerning the weight of the substance at issue in Count XIII.

A bill of particulars is "appropriate to permit a defendant to identify with sufficient particularity the nature of the charge against him, thereby enabling defendant to prepare for trial, to prevent surprise, and to interpose a plea of double jeopardy should he be prosecuted for the same offense." United States v. Davidoff, 845 F.2d 1151 (2d Cir. 1988)(quoting United States v. Bortnovsky, 820 F.2d 572, 574 (2d Cir. 1987).

Defendant does not quarrel with the proposition that a bill of particulars is not for the purpose of obtaining the evidentiary details of the government's case. United States v. Kilrain, 566 F.2d 979, 985 (5th Cir. 1978). Defendant's requests do not seek such information. Essentially, defendant only seeks two basic pieces of information: (1) from where within the apartment the government alleges various items were recovered and (2) the weight of the narcotics which were allegedly recovered from the apartment. Mr. Simpson is simply seeking crucial information that is necessary to enable him to prepare for trial.

For the reasons stated above, Mr. Simpson requests the Court to Order the government to file a bill of particulars providing the information sought herein.

        Respectfully submitted,

        A.J. Kramer
        FEDERAL PUBLIC DEFENDER

        _____/s/_____
        Tony W. Miles
        Assistant Federal Public Defender
        625 Indiana Avenue, N.W.
        Suite 550
        Washington, D.C.  20004
        (202) 208-7500