UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
Criminal Division

| | |
|---|---|
| UNITED STATES OF AMERICA    ) | |
| ) | |
| v.    ) | Cr. No. 05-203-01 (PLF) |
| ) | |
| THURMAN SIMPSON_____) | |
| _____) | |

**O R D E R**

Upon consideration of Thurman Simpson's Request for Bill of Particulars, the government's opposition thereto, any response by co-counsel on behalf of Karen M. Perry, and the entire record in this case, IT IS HEREBY ORDERED that defendant Simpson's Request is **GRANTED** and the government shall file a Bill of Particulars setting forth the information sought by Mr. Simpson in his Request for a Bill of Particulars.

IT IS SO ORDERED.


_____
THE HONORABLE PAUL L. FRIEDMAN
UNITED STATES DISTRICT JUDGE


DATE:

Copies to:
AFPD Tony W. Miles
James Beane, Esq.
AUSA Catherine Connelly