# EXHIBIT 1

*(handwritten notations top left)* 2005CCO99 z/10/05

# SUPERIOR COURT OF THE DISTRICT OF COLUMBIA
## SEARCH WARRANT

TO:   THE CHIEF OF POLICE OR ANY OTHER LAW ENFORCEMENT OFFICERS
(Specific Law Enforcement Officer or Classification of Officer of the Metropolitan Police Department or other Authorized Agency)

Affidavit, herewith attached, having been made before me by   Officer Durriyyah Habeebullah

Of The Major Narcotics Branch _____ that he has probable cause to believe that on the (person) (premises) (vehicle) (object) known as   2714 Wade Road, Southeast Apartment 103, Washington, D.C.

The premises is described as a red brick multi-unit apartment building with the numbers 2714 in white above the entry door of the apartment building. the apartment is located on the bottom level and the numbers 103 are located on the frame above the door.

in the District of Columbia, there is now being concealed certain property,   Cocaine, narcotics, paraphernalia, ledgers, records, proof of residence, and the accumulation and disposition of proceeds derive from the sale of narcotics.

which is   In violation of 48-904.01 D.C. Code _____ and as I am satisified

(Alleged grounds for seizure)

that there is probable cause to believe that the property so described is being concealed on the above designated (person) (premises) (vehicle) (object) and that the foregoing grounds for issuance of the warrant exist.

YOU ARE HEREBY AUTHORIZED within 10 days of the date of issuance of this warrant to search in the daytime/at any time of the day or night, the designated (person) (premises) (vehicle) (object) for the property specified and if the property be found there.

YOU ARE COMMANDED TO SEIZE IT, TO WRITE AND SUBSCRIBE  an inventory of the property seized, to leave a copy of this warrant and return to file, a further copy of this warrant and return with the Court on the next Court day after its execution.

Issued this  10th  day of   February  , 20  05  _____
Judge, Superior Court of the District of Columbia

## RETURN

I received the above detailed warrant on  FEBRUARY  10 TH , 20 05  and have executed it as follows:
On  FEBRUARY  18TH , 20 05 , at  1935 HRS.  7:35  P. M., I searched the (person) (premises) (vehicles) (object) described in the warrant and I left a copy of the warrant and return with  PERRY, TIARA  MS.  properly posted.
(Name of person searched or owner, occupant, custodian or person present at place of search)

The following is an inventory of the property taken pursuant to this warrant:
LOOSE GREEN WEED, PERSONAL PAPERWORK, U.S. CURRENCY, .40 CALIBER SEMI-AUTO. HANDGUN, GREEN ZIPS OF WHITE POWDER, LOOSE ROCKLIKE SUBSTANCE, PHOTOS, DIGITAL SCALE W/ RESIDUE, GLASS BOWLS W/ WHITE RESIDUE, LARGE CHUNK OF A ROCKLIKE SUBST. MIRROR W/ WHITE RESIDUE.

This inventory was made in the presence of  GREENE, HABEEBULLAH, MANIADAZ, BRENNAN

I swear that this is a true and detailed account of all property taken by me under this warrant.

_____
Executing Officer

Subscribed and sworn to before me this _____ day of _____ , 20 _____

_____
Judge, Superior Court of the District of Columbia

Form CD(17)-1055 / Mar. 89
9-2794 wd-234  Automated by Egray, TD, 1/06 by Gary Kane ©

# SUPERIOR COURT OF THE DISTRICT OF COLUMBIA
## AFFIDAVIT IN SUPPORT OF APPLICATION FOR A SEARCH WARRANT

**FOR THE ENTIRE PREMISES OF 2714 WADE ROAD, SOUTHEAST, APARTMENT 103, WASHINGTON, D.C. THE PREMISES IS DESCRIBED AS A RED BRICK MULTI-UNIT APARTMENT BUILDING WITH THE NUMBERS 2714 IN WHITE ABOVE THE ENTRY DOOR OF THE APARTMENT BUILDING. THE APARTMENT IS LOCATED ON THE BOTTOM LEVEL. THE APARTMENT DOOR IS TAN WITH THE NUMBERS 103 ON THE FRAME ABOVE THE DOOR.**

Your affiant is Officer Durriyyah Habeebullah, who has been a sworn officer of the Metropolitan Police Department since 1994. For about the last five years, my professional police duties have been concentrated in the area of vice, narcotics, and gun-recovery related investigations. During my law enforcement career, I have attended classes and special training sessions on the manufacture, packaging, use, and distribution of controlled substances, as well as the detection and apprehension of narcotics traffickers. I have also spent numerous hours in observation post to pursue these narcotic traffickers. Your affiant has also participated in more than three hundred arrests for narcotics and gun-related.

In addition, I have served as the affiant for at least 20 narcotics search warrant issued by judges of the Superior Court of the District of Columbia. Through this professional training and experience, I have become familiar with street- and mid-level distribution of illicit drugs, and with the practices of narcotics-trafficking organizations of various sizes in the Washington, D.C. Metropolitan area. I either know the information set forth in this affidavit from what I have observed, or other sworn law enforcement officers have recounted it to me. Based upon my training, experience, and participation in investigations involving quantities of cocaine, heroin and other controlled substances, I know:

A.) Narcotic traffickers often keep at the place where they sell drugs, large quantities of U.S. currency to maintain and finance their ongoing narcotic business; in particular, it is common for drug-dealers to use an apartment or residence as a base for illegal sale of narcotics; when this occurs, the sellers will commonly keep in the same place additional amounts of illegal drugs, paraphernalia associated with illegal drug sales, such as zip-locks and other packaging, cash earned from selling drugs, books and documents keeping

track of the money they have earned selling drugs, and safes to store and
protect their illegal drugs, cash, and firearms.

B.)  It is common for narcotic traffickers to secrete narcotics and   other
contraband, proceeds of narcotic sales and records of their narcotic
transactions in secure locations within their residence, their businesses and
other locations which they maintain dominion and control over for ready
access and to conceal these items from law enforcement personnel.

C.)  It is common for papers relating to ownership or occupancy of the premises
and papers relating to the accumulation or disposition of assets derived from
narcotic trafficking to be stored on the premises.

**D.)**  It is common for persons within such premises to conceal narcotics and other
contraband on their person.

Within the past seventy-two hours of the signing of this document a Special
Employee for the Metropolitan Police Department, hereafter referred to as SE, who is a
reliable and confidential source informed this affiant that illegal drugs to wit: COCAINE
is being sold from 2714 Wade Road, SE Apartment #103 by a black female known to the
SE as " Mousy". The SE has supplied agents of the Metropolitan Police Department with
information in the past, which has been corroborated and found to be true by this affiant.
The SE has never provided information to this affiant that was found to be false.

Based on this information, Undercover Metropolitan Police Officers, hereafter
referred to as U/C s, met with the SE. The SE was searched and found to be free of any
narcotics, money, or any other type of contraband. The SE was given an amount of
MPDC funds and told to make a purchase of COCAINE from the above listed address.
The SE responded to the aforementioned location, at which time the U/C s observed the
SE enter the front door of the apartment building. After a short time the SE exited the
apartment building and walked back to the undercover officer's vehicle. The SE then
handed the undercover officer a quantity of loose white rocklike substance. A portion of
the white rocklike substance field-tested positive for cocaine base.

The SE then informed your affiant that it responded to 2714 Wade Rd., Southeast,
Apartment #103, knocked on the door and was greeted by a female known as "Mousy".
The SE engaged "Mousy" in a brief conversation concerning the purchase of "crack"
cocaine. The SE handed "Mousy" the MPDC pre-recorded funds in exchange for a
quantity of loose white rocklike substance. The SE left the immediate area and responded
back to the undercover officer.

Based on the past narcotic investigative experience of your Affiant and the facts
presented in this Affidavit, the affiant submits that there is probable cause to believe that
there is secreted within the premises of 2714 Wade Road, Southeast, Apartment 103,
Washington, D.C., contraband, namely crack cocaine, in violation of the Uniform
Controlled Substance Act, Title 48, Section 904.1.

It is therefore requested that a DC Superior Court Search Warrant be issued for
the entire premises of 2714 Wade Road, Southeast, Apartment 103, Washington, D.C.,

authorizing the seizure of cocaine, drug paraphernalia, proceeds of drug trafficking, books, papers, and records evidencing both the distribution of narcotics and assets derived from the proceeds of narcotic trafficking, proof of residence or occupancy of the premises and any other evidence which suggests the illicit sale of drugs.

AFFIANT                                   *Assistant* UNITED STATES ATTORNEY

SUSCRIBED AND SWORN BEFORE ME THIS _10th_ DAY OF _February_, 2005.

JUDGE, SUPERIOR COURT OF THE DISTRICT OF COLUMBIA