UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL NO. 05-203-01 (PLF)** |
| | : | |
| v | : | |
| | : | |
| **THURMAN SIMPSON** | : | |

### ORDER

WHEREUPON, having considered the Defendant's Motion to Sever, Government's Opposition thereto, and the record herein, it is hereby

**ORDERED**, that defendant's motion is DENIED.


Date:_____                              _____
                                                  Paul L. Friedman
                                                  United States District Judge


cc:

Catherine K. Connelly
U.S. Attorney's Office
555 4th Street, N.W.
Washington, D.C. 20530

Tony Miles
Federal Public Defender's Office
625 Indiana Avenue, NW
Washington, D.C. 20004