UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL NO. 05-203-01 (PLF)** |
| | : | |
| v. | : | |
| | : | |
| **THURMAN SIMPSON** | : | |
| | : | |
| **Defendant** | | |

## ORDER

WHEREUPON, having considered the defendant's Request for a Bill of Particulars, the Government's Opposition thereto, and the record before the Court, it is hereby

**ORDERED**, that the defendant's Request is DENIED.

_____          _____
DATE                                                                   UNITED STATES DISTRICT JUDGE

Copies to:

Catherine K. Connelly
U.S. Attorney's Office
555 4th Street, N.W.
Washington, D.C. 20530

Tony Miles
Federal Public Defender's Office
625 Indiana Avenue, NW
Washington, D.C. 20004