UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| v. | ) | Criminal No. 05-0203 (PLF) |
| THURMAN SIMPSON and KAREN M. PERRY, | ) | |
| Defendants. | ) | |

ORDER

Sentencing in this matter has been scheduled for January 20, 2006. Accordingly, it is hereby

ORDERED that sentencing shall take place on January 20, 2006 at 9:15 a.m.; it is

FURTHER ORDERED that any party wishing to file a memorandum in aid of sentencing shall do so on or before January 10, 2006; and that any response to such a memorandum shall be filed on or before January 16, 2006; it is

FURTHER ORDERED that any motion for an extension of time in which to file papers shall be filed at least four days prior to the deadline the motion is seeking to extend, and shall include (1) the number of previous extensions of time granted, (2) the good cause supporting the motion, (3) a statement of the effect that the granting of the motion will have on existing deadlines, and (4) a statement of the opposing party's position with respect to the motion; and it is

FURTHER ORDERED that any motion to reschedule the sentencing shall be filed (and hand-delivered or faxed to the Chambers of this Court and to opposing counsel) on or before January 16, 2006, and shall state (1) the good cause supporting the motion, (2) a statement of the opposing party's position with respect to the motion, and (3) four alternative dates and times that are convenient to both parties.  In the absence of such a timely motion by one or both parties, sentencing shall take place as scheduled.

SO ORDERED.

/s/_____
PAUL L. FRIEDMAN
United States District Judge

DATE:  October 14, 2005