UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA  :  CRIMINAL NO. 05-203-01 (PLF)
:
v.  :  **FILED**
:
:  OCT 1 4 2005
THURMAN SIMPSON  :
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

### GOVERNMENT'S SUBMISSION TO THE COURT IN PREPARATION FOR THE UPCOMING PLEA HEARING

The United States, by and through its attorney, the United States Attorney for the District of Columbia, hereby submits the following in preparation for a plea hearing in the instant case.

I.  ELEMENTS OF THE OFFENSE:

   A. The essential elements of the offense of Possession with the Intent to Distribute 5 Grams or More of Cocaine Base, in violation of 21 U.S.C. § § 841(a)(1) and 841(b)(1)(B)(iii) are:

   1. That the defendant possessed a controlled substance, namely cocaine base;

   2. That the defendant did so knowingly and intentionally;

   3. That when the defendant possessed the controlled substance, he had the specific intent to distribute it; and

   4. That the amount of cocaine base possessed by the defendant was in excess of 5 grams.

II.  COPY OF THE PLEA AGREEMENT:

   A copy of the plea agreement, not yet executed by the defendant, is attached.

III.  PENALTIES:

   A. Pursuant to 21 U.S.C. section 841(b)(1)(B)(iii) the crime of Possession with Intent

to Distribute 5 Grams or More of Cocaine Base carries a penalty of a term of imprisonment of not less than five years and not more than forty years, a fine not to exceed $2,000,000, and a term of supervised release not to exceed five years.

IV.   FACTUAL PROFFER IN SUPPORT OF GUILTY PLEA:

If this case were to go to trial, the government's evidence would establish the following beyond a reasonable doubt:

On February 18, 2005, MPD officers executed a search warrant at 2714 Wade Road, SE, apartment 103, Washington, D.C. Upon entering the apartment, the officers observed co-defendant Karen Perry in the living room area. The officers recovered from Perry's shirt pocket 7 "playboy" zip-locks of white powder which tested positive for opiates. Recovered from the kitchen area were two purses containing Perry's mail, identification, and $497. Marijuana and drug paraphernalia were also recovered from the kitchen area, as were personal papers, including Perry's lease agreement for 2714 Wade Road, SE, apartment 103, Washington, D.C.

Defendant Simpson was located in the bathroom. A sandwich bag containing 25 grams of cocaine base and a sandwich bag containing empty green "playboy" zip-locks were recovered from Simpson's shirt pocket. (The shirt was hanging on the doorknob inside the bathroom.) $303 and 14 green "playboy" zips filled with a white powder substance which tested positive for opiates were recovered from Simpson's pants. Recovered from a hallway dresser drawer was a loaded Star .40 caliber handgun, an envelope containing Simpson's mail, and male clothing. The handgun was operable.

The defendant was in constructive possession of the both the handgun and the 25 grams of cocaine base, and the defendant intended to sell the 25 grams of cocaine base. Perry admitted that she was the lease holder of the apartment, and Simpson and Perry told the officers that they

were dating.

On March 30, 2005, MPD officers executed a second search warrant at 2714 Wade Road, SE, apartment 103, Washington, D.C. Again, both Simpson and co-defendant Perry were present at the apartment when the warrant was executed, and again, illegal narcotics and drug paraphernalia were discovered.

Between the February 18, 2005 search warrant and the March 30, 2005 search warrant, defendant Simpson was accountable for jointly, actually, and/or constructively possessing and/or possessing with the intent to distribute 25.9 grams of cocaine base, 18.5 grams of marijuana, .63 grams of oxycodone, and 2.2 grams of heroin. At the time he committed these offenses, the defendant had a prior criminal conviction for Attempted Distribution of Cocaine in D.C. Superior Court Case F6110-91.

Respectfully submitted,

KENNETH L. WAINSTEIN
United States Attorney
Bar No. 451058

_____
Catherine K. Connelly
Assistant United States Attorney
Narcotics Section, Mass. Bar No. 649430
555 4th Street, N.W. #4844
Washington, DC 20001
Phone: 616-3384
Fax: 353-9414

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I caused a copy of the foregoing to be served upon the attorney for the defendant, Tony Miles, this 11th day of October, 2005.

Catherine Connelly
Assistant United States Attorney