HONORABLE PAUL L. FRIEDMAN
UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

ORDER TO SURRENDER

FILED

MAR 2 7 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES OF AMERICA

vs.

Thurman Simpson                    Docket No.: Cr 05-203-01

TO:   DIRECTOR, FEDERAL BUREAU OF PRISONS

It is hereby **ORDERED** that  Thurman Simpson  having been sentenced, on January 20, 2006, in the above case to the custody of the Bureau of Prisons, surrender himself to the Bureau of Prisons by reporting to   FCI Morgantown  , in   Morgantown, WV   by 2 p.m., on  April 18, 2006  .

___3/27/06___                                       _____(signature)_____
Date                                                 PAUL L. FRIEDMAN
                                                     UNITED STATES DISTRICT JUDGE

**ACKNOWLEDGMENT:** I agree to report as directed in this Order and understand that if I fail to do so, I may be cited for Contempt of Court, and if convicted of this offense, may be punished by imprisonment or fine, or both.

_____(signature)_____                       _____(signature)_____
ATTORNEY/U.S. PROBATION OFFICER                     DEFENDANT

Revised 6-2004