✎AO 245___   Order Regarding Motion for Sentence Reduction
            Sheet 1

# UNITED STATES DISTRICT COURT
District of _____

| | |
|---|---|
| UNITED STATES OF AMERICA | ORDER REGARDING MOTION FOR SENTENCE REDUCTION PURSUANT TO 18 U.S.C. § 3582(c)(2) |
| V. | |
| THURMAN SIMPSON | Case Number: CR 05-203-01 (PLF) |
| | USM Number: |
| **Date of Original Judgment:** Jan. 20, 2006 | Mary M. Petras |
| (Or Date of Last Amended Judgment) | Defendant's Attorney |

Upon motion of   X the defendant   ☐ the Director of the Bureau of Prisons   ☐ the court
under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion,

**IT IS ORDERED** that the motion is:
  ☐ DENIED.
  X GRANTED and the defendant's previously imposed sentence of imprisonment of   72   months is reduced to term of 60 months.

## I. COURT DETERMINATION OF GUIDELINE RANGE

Previous Offense Level:   27                    Amended Offense Level:   25
        Criminal History Category: I            Criminal History Category:   I
Previous Guideline Range:   70   to   87   months     Amended Guideline Range: 57 to 71  months

## II. SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE

X The reduced sentence is within the amended guideline range.
☐ The original term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing and the reduced sentence is below the amended guideline range.
☐ Other (specify) _____.

## III. FURTHER EXPLANATION (e.g., recommendations to the Bureau of Prisons) (if necessary)


Except as provided above, all provisions of the judgment dated _____ shall remain in effect.
**IT IS SO ORDERED.**

_____        _____
        Date                          Signature of Judge

                              _____
                              Name and Title of Judge