AO 245    Order Regarding Motion for Sentence Reduction
Sheet 1

**FILED**

**APR 1 5 2008**

UNITED STATES DISTRICT COURT

District of

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES OF AMERICA

ORDER REGARDING MOTION FOR SENTENCE
REDUCTION PURSUANT TO 18 U.S.C. § 3582(c)(2)

V.

THURMAN SIMPSON

Case Number:    CR 05-203-01 (PLF)

USM Number:

**Date of Original Judgment:** Jan. 20, 2006
(Or Date of Last Amended Judgment)

Mary M. Petras
Defendant's Attorney

Upon motion of  X the defendant   ☐ the Director of the Bureau of Prisons   ☐ the court
under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion,

**IT IS ORDERED** that the motion is:
☐ DENIED.
X GRANTED and the defendant's previously imposed sentence of imprisonment of
   72 months is reduced to term of 60 months.

**I. COURT DETERMINATION OF GUIDELINE RANGE**

Previous Offense Level: 27
   Criminal History Category: I
Previous Guideline Range:  70 to 87 months

Amended Offense Level: 25
Criminal History Category: I
Amended Guideline Range: 57 to 71 months

**II. SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE**

X The reduced sentence is within the amended guideline range.
☐ The original term of imprisonment imposed was less than the guideline range applicable to the defendant at the
   time of sentencing and the reduced sentence is below the amended guideline range.
☐ Other (specify) _____.

**III. FURTHER EXPLANATION** (e.g., recommendations to the Bureau of Prisons) (if necessary)

Except as provided above, all provisions of the judgment dated _____ shall remain in effect.
**IT IS SO ORDERED.**

_____
Date

_____
Signature of Judge

Paul L. Friedman
Name and Title of Judge  U.S. District Court Judge